UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ENRIQUE MARQUEZ,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | CASE NUMBER: 1:21-cv-00205-GSA<br><br>**ORDER DIRECTING FILING OF CONSENT/DECLINE FORM** |

Pursuant to docket entry 3-1, the consent/decline form was due May 24, 2021. The deadline applied notwithstanding the entry of the stay. Accordingly, Plaintiff is directed to complete and file the consent/decline form (Doc. 3-2) within 14 days of the entry of this order.

IT IS SO ORDERED.

Dated: __**May 27, 2021**__     _____/s/ Gary S. Austin_____
                                                    UNITED STATES MAGISTRATE JUDGE