1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Juan Enrique Marquez,                           )       Case No. 1:21-cv-00205-NONE-GSA
                                                )
                   Plaintiff,                   )       STIPULATION AND ORDER FOR
                                                )       EXTENSION OF TIME
        vs.                                     )
                                                )
Kilolo Kijakazi, Acting                         )
Commissioner of Social Security,                )
                                                )
                   Defendant.                   )
                                                )
                                                )
                                                )
                                                )
                                                )

    IT IS HEREBY STIPULATED, by and between the parties through their

respective counsel of record, with the Court's approval, that Plaintiff shall have a

45-day extension of time, from December 6, 2021 to January 20, 2022, for Plaintiff

to serve on defendant with Plaintiff's Opening Brief.  All other dates in the Court's

Scheduling Order shall be extended accordingly.

    This is Plaintiff's second request for an extension of time.  Good cause

exists for this extension.  Counsel has recently received a greater number of

Answers and Certified Administrative Records from defendant in cases in this

district, and the three other California Districts, each of which require settlement

negotiations or merit briefing.  In the Eastern District of California alone, Counsel

received 47 Certified Administrative Records in November 2021. Counsel has a

greater than usual number of merit briefs due in December 2021.  For the weeks of

November 22, 2021 and November 29, 2021, Counsel has seven merit briefs,

several reply briefs and settlement letters.  Counsel also has 16 administrative

1

1 hearings before the Office of Hearings Operations.  For the remainder of December

2 2021, Counsel has 16 merit briefs scheduled due.

3      Counsel has also received an increase in the number of AC denials which

4 require a review for possible filing in US District Court.  Lastly, Counsel has end

5 of the year business reviews to conduct as the CEO of Peña & Bromberg, PC.

6      Due to the increase in certified administrative records being filed by

7 defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the

8 month of December 2021.

9      Compounding the issue of an increased number of merit briefs due, Counsel

10 has preplanned vacation days for the Christmas holiday.  Counsel respectfully

11 requests the Court granted the requested extension.

12      Counsel for the Plaintiff does not intend to further delay this matter.

13 Defendant does not oppose the requested extension.  Counsel apologizes to the

14 Defendant and Court for any inconvenience this may cause.

15

16                    Respectfully submitted,

17

18 Dated: November 30, 2021       PENA & BROMBERG, ATTORNEYS AT LAW

19

20                    By: */s/ Jonathan Omar Pena*
                        JONATHAN OMAR PENA

21                        Attorneys for Plaintiff

22

23

24 Dated: November 30, 2021       PHILLIP A. TALBERT
                        Acting United States Attorney

25                        DEBORAH LEE STACHEL
                        Regional Chief Counsel, Region IX

26                        Social Security Administration

27

28

1

By:  */s/ Oscar Gonzalez de Llano

2          Oscar Gonzalez de Llano
           Special Assistant United States Attorney

3          Attorneys for Defendant
           (*As authorized by email on November 30, 2021)

4

5

6  IT IS SO ORDERED.

7     Dated:   **November 30, 2021**                    **/s/ Gary S. Austin**

8                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

1

2

3   Pursuant to stipulation, IT IS SO ORDERED.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28