UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ENRIQUE MARQUEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security[1],<br><br>　　　　Defendant. | Case No.: 1:21-cv-0205 JLT GSA<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, REMANDING FOR FURTHER PROCEEDINGS, AND DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT COMMISSIONER OF SOCIAL SECURITY<br><br>(Docs. 19, 23, 24) |

Juan Enrique Marquez initiated this action by filing a complaint for judicial review of the administrative decision denying his application for Social Security benefits. (Docs. 1, 19.) The magistrate judge found the decision of the administrative law judge was not supported by substantial evidence and recommended the matter be remanded for further proceedings. (Doc. 24.) In particular, the magistrate judge recommended that on remand:

> the ALJ be instructed to order a consultative examination and/or to consult with an appropriate medical professional to opine on the functional impact of Plaintiff's pulmonary/cardiac and knee impairments as reflected in the records post-dating the non-examining physicians review (which concluded with a progress noted dated August 31, 2017, AR 169), as well as the additional records Plaintiff submitted to the appeals council (AR 64-155) and to proceed through the sequential process as appropriate.

---

[1] [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

1

(*Id.* at 16.)  Furthermore, the ALJ recommended judgment be entered in favor of Plaintiff and against the Commissioner.  (*Id.*)

The Court served the Findings and Recommendations on all parties and notified them that any objections must be filed within fourteen days.  (Doc. 24 at 17.)  In addition, the Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014), *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  No party filed objections, and the time for parties to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist*., 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a de novo review of the case.  Having carefully reviewed the matter, the Court finds the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations (Doc. 24) are **ADOPTED**.
2. Plaintiff's request for review of the administrative decision (Doc. 19) is **GRANTED**.
3. The Commissioner's request to affirm the decision (Doc. 23) is **DENIED**.
4. This matter is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Findings and Recommendations.
5. The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiff Juan Enrique Marquez, and against Defendant Kilolo Kijakazi, Acting Commissioner of Social Security.

IT IS SO ORDERED.

Dated:   **June 19, 2023**

UNITED STATES DISTRICT JUDGE